1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 812411)
3  Acting Chief, Criminal Division

4  ADAM A. REEVES  (NYBN 2363877)
   Assistant United States Attorney

5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7157
7      Fax: (415) 436-7234
       E-Mail: adam.reeves@usdoj.gov

8
   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,            )    No. CR 11-0664 EMC
13                                       )
          Plaintiff,                     )    **STIPULATION AND [PROPOSED]**
14                                       )    **ORDER EXCLUDING TIME**
       v.                                )
15                                       )
   EBRAHIM SHABUDIN and                  )
16 THOMAS YU,                            )
                                         )
17        Defendants.                    )
                                         )
18

19        WHEREAS, the United States intends to produce in excess of one million documents and

20 other materials to counsel for the defendants;

21        WHEREAS, counsel for the defendants needs time to review the discovery;

22        WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

23 time necessary for effective preparation, taking into account the exercise of due diligence, and

24 under the circumstances, the ends of justice served by a reasonable continuance outweigh the

25 best interest of the public and the defendant in a speedy trial;

26        WHEREAS, defendants Ebrahim Shabudin and Thomas Yu both consent to the exclusion

27

28 STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
   Case No. CR 11-0664 EMC

1  of time from October 20, 2011 to November 4, 2011;

2  THEREFORE, it is hereby stipulated by and between the parties, through their respective

3  counsel of record, that the period of time from October 20, 2011 to November 4, 2011 shall be

4  excluded in computing the time within which the trial of the offenses alleged in the Indictment

5  must commence under Title 18, United States Code, Section 3161.

6  SO STIPULATED.

7  DATED: October 27, 2011          MELINDA HAAG
                                    United States Attorney

8

9                                   /s/

10
                                    _____

11                                  Adam A. Reeves
                                    Assistant United States Attorney

12
   DATED: October 27, 2011          /s/

13                                  _____

14                                  James A. Lassart, Esq.
                                    Ropers, Majeski, Kohn & Bentley
15                                  Counsel to Ebrahim Shabudin

16
   DATED: October 27, 2011          /s/

17                                  _____

18                                  George J. Cotsirilos, Jr. , Esq.
                                    Cotsirilos & Campisano, LLP
19                                  Counsel to Thomas Yu

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
    Case No. CR 11-0664 EMC

                                    2

1

## [PROPOSED] ORDER

2      PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3      The ends of justice are served by finding that a continuance from October 20, 2011 to

4   November 4, 2011 outweighs the best interests of the public and the defendant in a speedy trial

5   and the prompt disposition of criminal cases and the Court concludes that the exclusion of time

6   from October 20, 2011 until November 4, 2011 should be made under Title 18, United States

7   Code, Sections 3161(h)(7)(B)(iv).

8   DATED: 10/28/11

9

10
                                    Hon. Timothy J. Bommer
11                                  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
     Case No. CR 11-0664 EMC