MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 812411)
Acting Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Fax: (415) 436-7234
   E-Mail: adam.reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0664 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE UNITED STATES TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE ALTERNATIVE MEASURES |
| v. | |
| EBRAHIM SHABUDIN and THOMAS YU, | |
| Defendants. | |

WHEREAS, the Justice for All Act of 2004 (18 U.S.C. § 3771)(the "Act") provides certain rights to victims in federal criminal proceedings. Among these rights are the right to "reasonable, accurate, and timely notice" of public court proceedings, including sentencings. *See* 18 U.S.C. § 3771(a). The Act further provides that agencies of the United States shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection (a). *Id.* § 3771(c)(1). It defines a crime victim as "a person directly and proximately harmed" as a result of the commission of a federal offense. *Id.* § 3771(e). The Act also provides that, in cases with multiple crime victims where personal notification of victims is "impracticable," the Court "shall fashion a reasonable procedure to give effect to [the Act] that

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE UNITED STATES
TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE
ALTERNATIVE MEASURES, *United States v. Shabudin and Yu*, Case No. CR 11-0664 JSW

does not unduly complicate or prolong the proceedings." *Id.* § 3771(d)(2).

WHEREAS, it would be "impracticable" under Section 3771(d)(2) to identify, locate, and notify by mail the many thousands of individuals and entities who owned UCBH securities during the period relevant to the Indictment and who are therefore potential victims in this case.

WHEREAS, the alternative means of notifying potential victims proposed by the government using a notice posted in the *Wall Street Journal* and providing information on the website for the United States Attorney's Office constitutes a "reasonable procedure" to give effect to the notice provision of the Act.

WHEREAS, if the Court grants the relief requested herein, counsel for the government has agreed to confer with counsel for the defendants about the content of any notice posted in the *Wall Street Journal* before it is disseminated to the public.

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that Court should issue that attached proposed order in this case.

SO STIPULATED.

DATED: January 6, 2012

MELINDA HAAG
United States Attorney

/s/
_____

Adam A. Reeves
Assistant United States Attorney

DATED: January 6, 2012

/s/
_____

James A. Lassart, Esq.
Ropers, Majeski, Kohn & Bentley
Counsel to Ebrahim Shabudin

DATED: January 6, 2012

/s/
_____

George J. Cotsirilos, Jr. , Esq.
Cotsirilos & Campisano, LLP
Counsel to Thomas Yu

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE UNITED STATES
TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE
ALTERNATIVE MEASURES, *United States v. Shabudin and Yu*, Case No. CR 11-0664 JSW

2

**[~~PROPOSED~~] ORDER**

FOR GOOD CAUSE SHOWN, the Court hereby finds that: (1) the number of potential victims in this case makes it "impracticable" pursuant to 18 U.S.C. §3771(d)(2) to provide individual notice as contemplated in the Justice for All Act; (2) accordingly, the "multiple crime victims" provision of the Act applies to this case; and (3) the means of notifying potential victims proposed by the government constitutes a "reasonable procedure" to give effect to the notice provision of the Act.

THEREFORE IT IS HEREBY ORDERED THAT:

The United States is authorized to discharge its obligations under the Justice for All Act by (a) posting a notice in the *Wall Street Journal* informing potential victims that further information may be found on the United States Attorney's Office website; and (b) maintaining the following information on its public website while this case is pending:

1. The caption, case number, assigned judge, and names of the defendants and corporate entities involved in the case;

2. A listing of upcoming public proceedings scheduled in the case along with the date, time, and location of the proceedings;

3. The name and contact information for the United States Attorney's Office official with responsibility for addressing victims' rights;

4. A substantially verbatim listing of the rights provided in Title 18, United States Code, Section 3771(a); and

5. A copy of the Indictment in this case.

DATED: February 3, 2012

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
Judge
United States District Court

STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING THE UNITED STATES TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE ALTERNATIVE MEASURES, *United States v. Shabudin and Yu*, Case No. CR 11-0664 JSW