JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
SPENCER C. MARTINEZ (SBN 206337)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:      (415) 543-4800
Facsimile:       (415) 972-6301
Email:             JLassart@rmkb.com
                       ADriscoll@rmkb.com
                       SMartinez@rmkb.com

Attorneys for Defendant
EBRAHIM SHABUDIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBRAHIM SHABUDIN ~~and THOMA~~S ~~YU~~,<br><br>Defendants. | CASE NO.  CR 11-0664 JSW   (JCS)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA** |

## STIPULATION

**WHEREAS,** Defendant Ebrahim Shabudin seeks to travel briefly (8 days) outside the Northern District of California to Leicester, England from February 10, 2012 through February 18, 2012 to visit his 90-year old father, Hassan Shabudin, who has suffered a major stroke and has been admitted to the Leicester Royal Infirmary, located at Infirmary Square, Leicester, LE1 5WW, Ward 25 (telephone number 1162586375).  Mr. Shabudin will return to Moraga on February 18, 2012.

**WHEREAS,** Mr. Shabudin wishes to travel to Leicester, England from February 10, 2012 until February 18, 2012to be with his father before he passes, and to be present for funeral services should they be necessary, as Hassan's doctor has informed the Shabudin family that they

1   should be gathered at the hospital considering Hassan's condition.  Mr. Shabudin will travel on
2   February 10, 2012 returning February 18, 2012.  Mr. Shabudin will leave on February 10, 2012
3   on a 5:08 p.m. flight to Heathrow International Airport via United Airlines flight number 930
4   (arriving at 11:25 a.m. on February 11, 2012); then he will travel to Leicester, England.  While in
5   England, Mr. Shabudin will stay at the home of his brother, Sadiq Shabudin, located at 128
6   Windrush Drive, Oadby, Leicestershire, United Kingdom (telephone number 1162715029).  On
7   February 18, 2012, Mr. Shabudin will travel from Leicester, England back to Moraga, California
8   on United Airlines flight number 931 at 1:35 p.m. (returning to San Francisco International
9   Airport at 4:26 p.m. on February 18, 2012).  Mr. Shabudin will return to the Northern District of
10  California on February 18, 2012.

11  **WHEREAS,** Mr. Shabudin's counsel has provided the government with Mr. Shabudin's
12  travel itinerary.

13  **WHEREAS,** as a condition of Mr. Shabudin's travel to the United Kingdom, Mrs.
14  Halima Shabudin agrees to remain in the United States and agrees to surrender her passport to the
15  custody of her husband's counsel, James A. Lassart, with the law firm of Ropers, Majeski, Kohn
16  & Bentley.

17  **WHEREAS,** the Clerk of the Northern District of California is directed to return to Mr.
18  Shabudin his American passport for the purpose of facilitating his travel to and from the United
19  Kingdom within the dates that are set forth in his travel itinerary.

20  **WHEREAS,** Mr. Shabudin has been in contact with his probation officer, Amoryllis
21  Gonzalez, and she has stated that she has no objection to Mr. Shabudin's travel given the proper
22  Court order.

23  **WHEREAS,** Mr. Shabudin understands and acknowledges that any intentional failure to
24  return the Northern District of California United States in accordance with the travel schedule
25  authorized by the Court may result in, among other consequences, the immediate forfeiture of the
26  real estate securing his $500,000 bond and prosecution for contempt, in violation of 18 U.S.C.
27  402, flight, in violation of 18 USC 1073, and other possible criminal offenses.

28  **IT IS HEREBY STIPULATED AND AGREED** by and between the United States and

Defendant Ebrahim Shabudin, and their respective counsel, that:

1. Mr. Shabudin be permitted to travel to Leicester, England on the dates mentioned above.

2. Mr. Shabudin will continue to observe all other terms of his release while in Leicester, England.

Dated: February 10, 2012          Respectfully Submitted,

ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ JAMES A. LASSART
   JAMES A. LASSART
   Attorneys for Defendant
   EBRAHIM SHABUDIN

Dated: February 10, 2012          MELINDA HAAG
                                  United States Attorney


By:/s/ ADAM A. REEVES
   ADAM A. REEVES
   Assistant United States Attorney

**ORDER**

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant Ebrahim Shabudin's conditions of release are hereby modified temporarily to permit him to travel outside the Northern District of California consistent with the terms and conditions set forth above.

2. ~~The Clerk of the Northern District of California shall contact Mr. Shabudin's counsel to arrange for return of Mr. Shabudin's passport.~~ Counsel shall contact the Pretrial Services Office to arrange for release and the return of Mr. Shabudin's passport.- JCS

**IT IS SO ORDERED.**

Dated: ___February 10___, 2012

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

THE HON. _____ C. SPERO
United States Magistrate Judge

RC1/6324176.1/MY2                - 3 -                STIP AND PROPOSED ORDER RE: TEMPORARY
                                                      TRAVEL OUTSIDE NORTHERN DISTRICT OF CA
                                                      CR 11-0664 JSW