JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
SPENCER C. MARTINEZ (SBN 206337)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:     (415) 543-4800
Facsimile:      (415) 972-6301
Email:            JLassart@rmkb.com
                     ADriscoll@rmkb.com
                     SMartinez@rmkb.com

Attorneys for Defendant
EBRAHIM SHABUDIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBRAHIM SHABUDIN and THOMAS YU,<br><br>Defendants. | CASE NO.  CR 11-0664 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE ORDER** |

## STIPULATION

**WHEREAS,** Defendant Ebrahim Shabudin seeks a modification of his pretrial release order to allow him to have unrestricted travel within the Northern District of California and the Eastern District of California.  Mr. Shabudin is assisting his wife in operating her catering business and she has clients in the Eastern District (Benicia, Fairfield, and other cities adjacent to the Northern District).

**WHEREAS,** Mr. Shabudin seeks a modification of his travel restriction to assist his wife in her business as a way of maintaining gainful employment within his family.  Mr. Shabudin is not moving his residence and his work with his wife is of a kind that he will be working in conjunction with her within the Eastern District.

RC1/6800427.1/MY2

STIP AND PROPOSED ORDER RE: MODIFICATION
OF PRETRIAL RELEASE ORDER
CR 11-0664 JSW

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the United States and Defendant Ebrahim Shabudin, and their respective counsel, that:

1. Mr. Shabudin be allowed to freely travel within the Northern and Eastern Districts of California and maintain his current pretrial status.

2. Mr. Shabudin will continue to observe all other terms of his release while being within both the Northern and Eastern Districts of California.

Dated: January 29, 2013                Respectfully Submitted,

                                       ROPERS, MAJESKI, KOHN & BENTLEY

                                       By:/s/ JAMES A. LASSART
                                           JAMES A. LASSART
                                           Attorneys for Defendant
                                           EBRAHIM SHABUDIN

Dated: January 29, 2013                MELINDA HAAG
                                       United States Attorney

                                       By:/s/ ADAM A. REEVES
                                           ADAM A. REEVES
                                           KIM BERGER
                                           Assistant United States Attorney

## ORDER

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant Ebrahim Shabudin's conditions of release are hereby modified to permit him to freely travel within both the Northern and Eastern Districts of California consistent with the terms and conditions set forth above.

**IT IS SO ORDERED.**

Dated: _January 30_, 2013



THE HON_____ C. SPERO
United States_____

RC1/6800427.1/MY2                - 2 -                STIP AND PROPOSED ORDER RE: MODIFICATION
                                                      OF PRETRIAL RELEASE ORDER
                                                      CR 11-0664 JSW