UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EBRAHIM SHABUDIN and<br>THOMAS YU,<br><br>　　　　Defendants. | Case No.  11-cr-00664-JSW (NJV)<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 125 |

The district court has referred all discovery matters in this action to the undersigned. *See* Doc. No. 117. Defendants' motion to compel was fully briefed and came on for hearing on February 3, 2014. Defendant Yu was present; Counsel for Defendant Shabudin waived the appearance of his client. Based on the arguments of the parties, the court orders as follows:

No later than February 7, 2014, the parties will meet and confer regarding the 159 boxes of hard-copy documents received from the Pillsbury law firm. After consultation with its vendor and with the defendants, the government will determine a feasible schedule for shipping, scanning, and uploading the documents contained in these 159 boxes into the DOJ Relativity Database. The government will attempt to transport the boxes to its vendor in South Carolina no later than February 21, 2014. The government will update the court regarding this schedule on February 11, 2014 at 1:00 p.m. in Courtroom D, 15th floor, 450 Golden Gate, San Francisco.

The government will voluntarily upload the contents of hard-drives 6, 14, and 15 into the DOJ Relativity Database. The documents will be uploaded in a non-encrypted form, and will be segregated from the documents previously uploaded into the DOJ Relativity Database. The government will explore the use of passwords or other protection for certain documents uploaded

into the DOJ Relativity Database as appropriate. The government will update the court regarding a schedule for this procedure on February 11, 2014.

The government has represented that hard-drives 1-5 and 7-13 already have been uploaded into the DOJ Relativity Database, and that the contents of hard-drive 16 are already in the DOJ Relativity Database.

At the February 11, 2014 status conference, the court will set a briefing schedule to allow the parties to address Bank Secrecy Act issues relevant to the resolution of this and potentially further discovery disputes.

The court takes under submission the further issues raised in Defendants' motion to compel.

**IT IS SO ORDERED**.

Dated: February 4, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge