**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date: May 5, 2015                                                         Time in Court: 16 minutes

Case No.: CR-11-664-01   JSW          Judge:  Jeffrey S. White

**United States of America   v.  Ebrahim Shabudin**
                                             **Defendant**
                                             **Present ( X ) Not Present (  ) In-Custody ( X )**

   Adam Reeves / Robert Rees          James Lassart / Thomas Mazzucco
   U.S. Attorney                                       Defense Counsel

**Deputy Clerk: Jennifer Ottolini**                **Court Reporter: Kathy Wyatt**
**Pretrial Services: Carol Mendoza**

**PROCEEDINGS**

**REASON FOR HEARING:** 1.  Motion for Revocation of Mag. Judge's Detention Order
                                        2.  Motion for Release Pending Sentence and/or Appeal

**RESULT OF HEARING:**

The Motion is GRANTED.
The Defendant shall appear before the Criminal Duty Magistrate Judge for implementation of the following conditions of release pending sentencing:

The Defendant shall be released pending sentencing on a $2,000,000 bond, secured by all available financial assets (including the defendant's home, retirement account - all but $20,000 of defendant's retirement account, and his son's retirement account) and co-signed by his wife and two children, along with the following special conditions:

The Defendant:
1.     Shall not travel outside the Northern District of California
2.     Shall report to Pretrial Services, as directed.
3.     Shall surrender all Passports and Visas and shall not apply for new documents.
4.     Shall not possess any firearm, destructive device, or other dangerous weapons.
5.     Shall submit to electronic monitoring on lockdown and may only leave for medical, legal and religious purposes and Pretrial Services appointments as directed and pre-approved by Pretrial Services.

**The parties shall contact Mag. Judge Westmore's department to schedule a Bond Hearing (for implementation of conditions of release) on the Criminal Duty Calendar during the month of May 2015.**

Previously Scheduled hearings remain as set:
    6-2-15 at 1:00 p.m. - Motion for New Trial; Motion for Acquittal
    6-30-15 at 1:00 p.m - Sentencing

**cc: Sue**