UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EBRAHIM SHABUDIN,<br>Defendant. | Case No. 11-cr-00664-JSW-1<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 545 |

On September 26, 2018, Ebrahim Shabudin, through counsel, filed a motion to vacate his sentence under 28 U.S.C. § 2255. The Ninth Circuit affirmed Mr. Shabudin's conviction and sentence on July 5, 2017.

Mr. Shabudin seeks to vacate his sentence on the grounds of ineffective assistance of counsel. This claim appears colorable under 28 U.S.C. § 2255 and merits an answer from the government.

In general, this Court has required the government to file an opposition within 75 days after the Section 2255 motion was filed. Accordingly, the following deadlines will apply, unless the parties submit a stipulation and proposed order for a modified briefing schedule: (1) the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings on or before December 12, 2018, showing cause why the Court should not "vacate, set aside or correct the sentence" being served by Mr. Shabudin; (2) Mr. Shabudin shall file a reply brief 30 days after the opposition is filed.

Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

//

IT IS SO ORDERED.

Dated: October 2, 2018

_____
JEFFREY S. WHITE
United States District Judge